IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:16cv941-MHT |
| ) | (WO) |
| GLORY DAYS ENTERPRISES, ) | |
| INC., d/b/a Glory Days ) | |
| Two, and MALCOLM PHANEUF, ) | |
| ) | |
| Defendants. ) | |

## OPINION

Plaintiff failed to perfect service on the defendants within 90 days after filing the complaint, which was required by Federal Rule of Civil Procedure 4. Plaintiff then failed to respond to the order of the United States Magistrate Judge (doc. no. 10) to show good cause before June 21, 2017, for failing to comply with Rule 4. Accordingly, the court concludes that plaintiff has abandoned this lawsuit, and that dismissal of the case is appropriate.

An appropriate judgment will be entered.

DONE, this the 28th day of June, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**