IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JOE HAND PROMOTIONS, INC.,    )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )     3:16cv941-MHT
                              )         (WO)
GLORY DAYS ENTERPRISES,       )
INC., d/b/a Glory Days        )
Two, and MALCOLM PHANEUF,     )
                              )
     Defendants.              )
```

OPINION

Pursuant to 47 U.S.C. §§ 553 and 605, plaintiff Joe Hand Promotions, Inc. filed a complaint against defendants Glory Days Enterprises, Inc. d/b/a Glory Days Two and Malcolm Phaneuf for violating those statutes by willfully intercepting or receiving interstate communication of two Ultimate Fighting Championship programs and showing them to patrons at their establishment. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for default judgment be granted, that default judgment be entered against

the defendants and in favor of the plaintiff, and that the plaintiff be awarded attorney's fees and costs. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be granted.

An appropriate judgment will be entered.

DONE, this the 12th day of July, 2018.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**