IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> GLORY DAYS ENTERPRISES, ) <br> INC., d/b/a Glory Days ) <br> Two, and MALCOLM PHANEUF, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 3:16cv941-MHT <br> (WO) |

## DEFAULT JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 32) is adopted.

(2) The motion for default judgment (doc. no. 31) is granted.

(3) Default judgment is entered in favor of plaintiff Joe Hand Promotions, Inc. and against defendants Glory Days Enterprises, Inc. d/b/a Glory Days Two and Malcolm Phaneuf in the amount of $ 8800.00, which is comprised of statutory damages

pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) in the amount of $ 2200.00 and enhanced damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) in the amount of $ 6600.00. Defendants shall be jointly and severally liable for the judgment.

(4) Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), plaintiff shall have and recover from defendants Glory Days Enterprises, Inc. d/b/a Glory Days Two and Malcolm Phaneuf the sum of $ 1,500.00 for attorney's fees and $ 725 in costs. Defendants shall be jointly and severally liable for the attorney's fees and costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of July, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**